## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| T. NICK NELSON and BARBARA NELSON, | : | |
| | : | |
| Plaintiffs, | : | C.A. NO.: 3:14-cv-01003-JBA |
| | : | |
| v. | : | |
| | : | |
| CRANE CO. | : | |
| CBS CORPORATION | : | |
| AIR & LIQUID SYSTEMS CORPORATION | : | |
| GENERAL ELECTRIC CO. | : | |
| | : | |
| Defendants | : | JANUARY 8, 2016 |
| | : | |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The Plaintiffs hereby request a 30 day extension of time to file an objection to General Electric Co.'s ("GE") motion for summary judgment. As grounds, plaintiffs state as follows:

1. The deadline for opposing responsive pleadings in this case is January 13, 2016;

2. GE is the only remaining defendant in this case;

3. Good faith settlement discussions have taken place between the parties but GE's counsel is starting trial in another matter which prevents additional settlement discussions from taking place prior to and shortly after the January 13, 2016 deadline;

4. Counsel for GE does not object to Plaintiff's request for extension of time.

EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN
An Association of Professional LLCs
**EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN, LLC**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510 • (203) 777-7799 • JURIS. NO. 409080

THE PLAINTIFFS

BY:

Brian P. Kenney
Early, Lucarelli, Sweeney & Meisenkothen, LLC
Federal Bar # ct27025
One Century Tower, 11th Floor
265 Church Street P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799
bkenney@elslaw.com
Counsel for the Plaintiffs

<u>CERTIFICATION</u>

I hereby certify that on January 8, 2016 a copy of foregoing Plaintiffs' Extension of Time has been electronically filed.  Notice of this filing will be sent by e-mail to all parties by plaintiffs' counsel or by mail to anyone unable to accept electronic e-mail.


BY: _____

Brian P. Kenney
Early, Lucarelli, Sweeney & Meisenkothen, LLC
Federal Bar # ct27025
One Century Tower, 11th Floor
265 Church Street P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799
bkenney@elslaw.com
Counsel for the Plaintiff