UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| T. Nick Nelson and Barbara Nelson, | : |
|     Plaintiffs, | : |
| v. | :    NO. 3:14cv1003 (JBA) |
| | : |
| Air & Liquid Systems, CBS Corporation, | : |
| Crane Co., Foster Wheeler and General | : |
| Electric Co., | : |
|     Defendants. | : |

## ORDER GRANTING DEFENDANT GENERAL ELECTRIC'S MOTION FOR SUMMARY JUDGMENT [Doc. #54]

In this product liability case, removed to federal court on July 14, 2014, a pre-filing conference was held and, after extensions, the remaining defendant General Electric filed its Motion for Summary Judgment on December 23, 2015 [Doc. # 54] (with accompanying Memorandum of Law, Local Rule 56(a)(1) Statements and supporting Exhibits).   Plaintiffs have been represented by counsel continuously throughout this litigation and their opposition to summary judgment, after extension, was to be filed by February 12, 2016.   As of March 31, 2016, no opposition has been filed, nor has additional extension of time within which to respond been sought by plaintiffs' counsel and no explanation for plaintiffs' non-response been offered.

Accordingly, after full review of Defendant General Electric's Motion for Summary Judgment and unrebutted supporting record demonstrating that Plaintiff T. Nick Nelson cannot demonstrate his exposure to any asbestos-containing product manufactured by General Electric

1

during his employment at Electric Boat, Defendant's Motion for Summary Judgment [Doc. #54] is GRANTED.

    The Clerk is requested to close this case.

                                        IT IS SO ORDERED.

                                        /s/_____
                                        Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 31st day of March 2016.